

# Supreme Court of Missouri
### en banc
### January 21, 2016

| | |
|---|---|
| STATE OF MISSOURI,<br>    Respondent,<br>vs.<br><br>Earl M. Forrest,<br>    Appellant. | No. SC86518 |

## WARRANT OF EXECUTION

Now on this day, Appellant, Earl M. Forrest, being in custody pursuant to a sentence of death heretofore rendered against him by the Circuit Court of Platte County, and affirmed by this Court, it is therefore considered, ordered and adjudged by this Court that Earl M. Forrest be and remain in the custody of the Department of Corrections and, thereafter, within the twenty-four hour period beginning at 6:00 p.m. on May 11, 2016, under the supervision and direction of the director of said department, shall suffer death. Said director is directed to make return of this warrant to this Court showing the time, mode and manner in which this warrant was executed.

STATE OF MISSOURI-Sct.
I, Bill L. Thompson, Clerk of the Supreme Court of the State of Missouri, certify that the foregoing is a full, true and complete transcript of the order of said Supreme Court, entered of record at the January Session thereof, 2016, and on the 21st day of January, 2016, in the above entitled cause.

    Given under my hand and seal of said Court, at the City of Jefferson, this 21st day of January, 2016.

_Bill L. Thompson_, Clerk

_Cynthia L. Tucker_, Deputy Clerk